## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DAVID DUCROS**

**VERSUS**

**N. BURL CAIN, WARDEN**
**LOUISIANA STATE PENITENTIARY**

**CIVIL ACTION**

**NO.  09-6977**

**SECTION "D"(2)**

## O R D E R

The court, having considered the complaint, the record, the applicable law, the order, and Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation filed by plaintiff on May 6, 2011, to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that David Ducros's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___18th___ day of ___May_____, 2011.


_____
UNITED STATES DISTRICT JUDGE